■ In the Matter of JOSEPH D., a Person Alleged to be a Juvenile Delinquent, Appellant. [931 NYS2d 500]—

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations, including its

evaluation of alleged inconsistencies in testimony. Concur—Mazzarelli, J.P., Friedman, Catterson, Renwick and Richter, JJ.